UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
:
IN THE MATTER OF THE APPPLICATION OF THE : Notice of Appearance and
REPORTERS COMMITTEE FOR FREDOM OF THE : Request for Electronic
PRESS TO UNSEAL CERTAIN ELECTRONIC : Notification
SURVEILLANCE :
:
: 18 MISC 320 (KPF)
:
------------------------------------------------------------------X


TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in the above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in these cases.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney for the
                                                Southern District of New York

                                                by:  /s Janis Echenberg
                                                    Janis Echenberg
                                                    Assistant United States Attorney
                                                    (212) 637-2597