UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
                                                              :
IN THE MATTER OF THE APPPLICATION OF THE          :    Notice of Appearance and
REPORTERS COMMITTEE FOR FREDOM OF THE          :    Request for Electronic
PRESS TO UNSEAL CERTAIN ELECTRONIC               :    Notification
SURVEILLANCE                                                :
                                                              :
                                                              :
                                                              :    18 MISC 320 (KPF)
                                                              :
------------------------------------------------------------------------X


TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in the

above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be

transmitted in these cases.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York

                                        by: _____/s Anna Skotko_____
                                             Anna M. Skotko
                                             Assistant United States Attorney
                                             (212) 637-1591