```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 10, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                       :
In re:                                                 :
                                                       :
THE APPLICATION OF THE REPORTERS                       :    18 Misc. 0320 (KPF)
COMMITTEE FOR FREEDOM OF THE                           :
PRESS TO UNSEAL CERTAIN                                :    ORDER
ELECTRONIC SURVEILLANCE,                               :
                                                       :
                              Applicant.               :
                                                       :
------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

   The parties are hereby ORDERED to appear for an initial conference on September 25, 2018, at 11:00 a.m. In advance of this conference, the parties are directed to file a joint submission advising the Court as to the parties' positions on how this case should proceed. In addition, the Federal Defenders of New York are invited to provide a written submission as to whether it has any interest in participating in this matter, and if so, whether it has any view of how this case should proceed. Such submissions shall be no more than three pages in length and shall be due September 20, 2018.

   SO ORDERED.

Dated:   August 10, 2018
         New York, New York

                                                 _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge

*A copy of this Order was mailed by Chambers to:*

Federal Defenders of New York
Southern District of New York
52 Duane Street, 10th Floor
New York, NY 10007