**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300 | www.rcfp.org
Bruce D. Brown, Executive Director

**STEERING COMMITTEE**
STEPHEN J. ADLER
*Reuters*
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*ProPublica*
EMILIO GARCIA-RUIZ
*The Washington Post*
JOSH GERSTEIN
*Politico*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*Los Angeles Times*
DAHLIA LITHWICK
*Slate*
MARGARET LOW
*WBUR*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*The Los Angeles Times*
CAROL ROSENBERG
*The New York Times*
THOMAS C. RUBIN
*Quinn Emmanuel*
CHARLIE SAVAGE
*The New York Times*
BEN SMITH
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**SENIOR ADVISORS**
CHIP BOK
*Creators Syndicate*
TONY MAURO
*National Law Journal, ret.*
ANDREA MITCHELL
*NBC News*
PAUL STEIGER
*ProPublica*

*Affiliations appear only
for purposes of identification*

March 31, 2020

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

Re:  *In re Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents,* 18-MC-320 (KPF)

Dear Judge Failla,

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("USAO") write in response to the Court's orders dated January 10, 2019, June 18, 2019, August 6, 2019, and January 30, 2020 (Docket Nos. 19, 21, 23, 25), directing the submission of a joint status letter regarding the above-captioned case.

Since the last status update to the Court, the Reporters Committee and the USAO met as planned with representatives of the Office of the Clerk of the Court for the Southern District of New York (the "Clerk's Office") on March 2, 2020. The meeting was productive and helped inform the ongoing discussions between the USAO and the Reporters Committee, specifically as they relate to proposed prospective changes to the filing and docketing of magistrate judge ("MJ") matters in the Southern District of New York to resolve the pending litigation.

Since that meeting, the USAO has informed the Reporters Committee that, without prejudice to the USAO's right to oppose the validity of the Reporters Committee's underlying petition in this litigation, it has no objection to public docketing of the following information related to certain sealed filings (while the underlying filings remain sealed) in MJ matters:

(1) docket/case number;

(2) the date of filing (e.g., the date the initial application was filed and the date any renewal was filed);

(3) the type of matter; specifically, whether it is a Rule 41/traditional search warrant, SCA search warrant, Section 2703(d), pen register/trap and trace, or nondisclosure order matter (multiple options to be reflected if more than one applies);

(4) the type of target; specifically, whether it is an email account, social media account, electronic device, cloud storage account, server, geo-location information or physical location (multiple options to be reflected if more than one applies); and

(5) the name of the magistrate judge ruling on the filing and/or renewal (if feasible).

It is the understanding of the USAO and the Reporters Committee that the Clerk's Office has met with District stakeholders and has obtained preliminary support for the above proposal.

The Reporters Committee believes that implementation of a real-time docketing system for MJ matters in this District, as outlined above, would be an important and necessary step toward increased transparency.  The Reporters Committee and the USAO are continuing to meet and confer in an effort to reach a final resolution of this matter, and anticipate being able to provide a further update to the Court by June 1, 2020.

Accordingly, the Reporters Committee respectfully requests that the stay in this case be extended until June 1, 2020.  The Reporters Committee and the USAO will provide a further status update to the Court no later than June 1, 2020.

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
*Counsel for the Reporters Committee*

GEOFFREY S. BERMAN
United States Attorney

by:   */s/ Janis Echenberg*
Janis Echenberg / Anna Skotko
Assistant United States Attorneys
(212) 637-2597 / 1591