**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(202) 795-9301

---

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER, *Reuters*

**STEERING COMMITTEE MEMBERS**
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*ProPublica*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*The Los Angeles Times*
THOMAS C. RUBIN
*Stanford Law School*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**HONORARY LEADERSHIP COUNCIL**
CHIP BOK
*Creators Syndicate*
DAHLIA LITHWICK
*Slate*
TONY MAURO
*American Lawyer Media, ret*
ANDREA MITCHELL
*NBC News*
CAROL ROSENBERG
*The New York Times*
PAUL STEIGER
*ProPublica*

*Affiliations appear only*

November 2, 2020

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

Re:   *In re Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents,* 18-MC-320 (KPF)

Dear Judge Failla,

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("USAO") write in response to the Court's orders dated January 10, 2019, June 18, 2019, August 6, 2019, January 30, 2020, April 1, 2020, May 29, 2020, and August 3, 2020 (Docket Nos. 19, 21, 23, 25, 27, 29, 31), directing the submission of a joint status letter regarding the above-captioned case.

In the last status update to the Court, the Reporters Committee and the USAO informed the Court that the Clerk's Office anticipated starting internal testing of electronic filing capacity for sealed applications in magistrate judge ("MJ") matters this fall, with the goal of having it completed by the end of 2020.

Since our last update, the Clerk's Office set up a test database for ECF filing of sealed materials, consistent with the proposal previously discussed in updates to the Court. The Clerk's Office will hold a training for certain USAO staff on November 4, 2020, to familiarize the USAO with the test database, and to allow USAO staff to initiate test filings in order to assist the Clerk's Office in identifying any potential inadvertent disclosures or other glitches. The Clerk's Office and the USAO intend to confer bi-weekly during the test phase, which the Clerk's Office anticipates will last at least until the end of the calendar year.

The USAO intends to keep the Reporters Committee apprised of any updates in the interim, and the parties expect to be able to provide a further status update to the Court by February 2, 2021.

Accordingly, the Reporters Committee respectfully requests that the stay in this case be extended to and including February 2, 2021. The

Reporters Committee and the USAO will provide a further status update to the Court no later than February 2, 2021.

                                          Respectfully submitted,

                                          */s/ Katie Townsend*
                                          Katie Townsend
                                          *Counsel for the Reporters Committee*

                                          AUDREY STRAUSS
                                          Acting United States Attorney

                        by:    */s/ Janis Echenberg*
                                          Janis Echenberg / Anna Skotko
                                          Assistant United States Attorneys
                                          (212) 637-2597 / 1591