**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(202) 795-9301

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER, *Reuters*

**STEERING COMMITTEE MEMBERS**
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*Austin American-Statesman*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*New York, New York*
THOMAS C. RUBIN
*Stanford Law School*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**HONORARY LEADERSHIP COUNCIL**
CHIP BOK
*Creators Syndicate*
DAHLIA LITHWICK
*Slate*
TONY MAURO
*American Lawyer Media, ret*
ANDREA MITCHELL
*NBC News*
CAROL ROSENBERG
*The New York Times*
PAUL STEIGER
*ProPublica*

*Affiliations appear only*

February 2, 2021

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

Re:   *In re Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents*, 18-MC-320 (KPF)

Dear Judge Failla,

    Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("USAO") write in response to the Court's orders dated January 10, 2019, June 18, 2019, August 6, 2019, January 30, 2020, April 1, 2020, May 29, 2020, August 3, 2020, and November 2, 2020 (Docket Nos. 19, 21, 23, 25, 27, 29, 31, 33), directing the submission of a joint status letter regarding the above-captioned case.

    In the last status update to the presiding judge, the Reporters Committee and the USAO informed Judge Failla that the Clerk's Office and the USAO had initiated training and testing of a procedure for ECF filing of sealed materials, consistent with the proposal previously discussed in updates to the Court.

    Following an unauthorized breach of the ECF filing system, the SDNY Court, in consultation with the Clerk's Office, determined that the previously-planned procedure for the ECF filing of sealed applications is no longer an option for securely storing this data.  The Clerk's Office and USAO are considering alternatives to permit the secure electronic filing of this information and will continue to confer with the Reporters Committee.

    Accordingly, the Reporters Committee respectfully requests that the stay in this case be extended to and including May 2, 2021.  The Reporters Committee and the USAO will provide a further status update to the Court no later than May 2, 2021.

Respectfully submitted,

*/s/ Katie Townsend*

        Katie Townsend
        *Counsel for the Reporters Committee*

        AUDREY STRAUSS
        United States Attorney

by:    */s/ Janis Echenberg*
        Janis Echenberg / Anna Skotko
        Assistant United States Attorneys
        (212) 637-2597 / 1591