**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300 • www.rcfp.org

Bruce D. Brown, Executive Director
bbrown@rcfp.org • (202) 795-9301

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER
**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
LYNETTE CLEMETSON
*University of Michigan*
MANNY GARCIA
*Austin American-Statesman*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
GAIL GOVE
*NBCUniversal*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
JEREMY JOJOLA
*9NEWS Colorado*
KAREN KAISER
*Associated Press*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*New York, New York*
THOMAS C. RUBIN
*Stanford Law School*
BRUCE W. SANFORD
*BakerHostetler, ret.*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
MATT THOMPSON
*The New York Times*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*
SUSAN ZIRINSKY
*CBS News*

**HONORARY LEADERSHIP COUNCIL**
J. SCOTT APPLEWHITE, *Associated Press*
CHIP BOK, *Creators Syndicate*
DAHLIA LITHWICK, *Slate*
TONY MAURO, *American Lawyer Media, ret*
JANE MAYER, *The New Yorker*
ANDREA MITCHELL, *NBC News*
CAROL ROSENBERG, *The New York Times*
PAUL STEIGER, *ProPublica*
SAUNDRA TORRY, *Freelance*
*Affiliations appear only for purposes of identification.*

December 22, 2021

Honorable Judge Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 1000

**VIA ECF**

*Re: Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents (18-mc-0320 (KPF))*

Dear Judge Failla:

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("USAO") write in response to the Court's order dated September 28, 2021 (Docket No. 42), directing the submission of a joint status letter regarding the above-captioned case, which was stayed through December 17, 2021.

Since the Court's order, the Government has continued its regular discussions with the Clerk's Office regarding electronic filing of sealed applications and orders, including providing comments to the test version of the electronic filing system, as previously discussed in updates to the Court. The Clerk's Office is still in the process of incorporating those comments and testing the system. The parties are hopeful they will be able to update the Court by the end of January as to the timing of the initial rollout of the electronic filing system.

Accordingly, the parties respectfully request that the stay in this case be extended until January 31, 2022. The parties will provide a further status update to the Court on or before January 31, 2022, to advise the Court of any developments and/or to seek additional time to continue our discussions and to develop, in coordination with the Clerk's Office, any recommended procedures to resolve the pending litigation.

Respectfully submitted,

*/s/ Katie Townsend*

Katie Townsend
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR

FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
202.795.9300

*Counsel for the Reporters Committee*

AUDREY STRAUSS
United States Attorney

By: */s/ Janis Echenberg*
Janis Echenberg
Assistant United States Attorney
(212) 637-2597