**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300 • www.rcfp.org

Bruce D. Brown, Executive Director
bbrown@rcfp.org • (202) 795-9301

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER
**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
LYNETTE CLEMETSON
*University of Michigan*
MANNY GARCIA
*Austin American-Statesman*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
GAIL GOVE
*NBCUniversal*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
JEREMY JOJOLA
*9NEWS Colorado*
KAREN KAISER
*Associated Press*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*New York, New York*
THOMAS C. RUBIN
*Stanford Law School*
BRUCE W. SANFORD
*BakerHostetler, ret.*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
MATT THOMPSON
*The New York Times*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*
SUSAN ZIRINSKY
*CBS News*

**HONORARY LEADERSHIP COUNCIL**
J. SCOTT APPLEWHITE, *Associated Press*
CHIP BOK, *Creators Syndicate*
DAHLIA LITHWICK, *Slate*
TONY MAURO, *American Lawyer Media, ret*
JANE MAYER, *The New Yorker*
ANDREA MITCHELL, *NBC News*
CAROL ROSENBERG, *The New York Times*
PAUL STEIGER, *ProPublica*
SAUNDRA TORRY, *Freelance*

*Affiliations appear only for purposes of identification.*

January 31, 2022



Honorable Judge Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**VIA ECF**

Re: *Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents (18-mc-0320 (KPF))*

Dear Judge Failla:

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("Government") write in response to the Court's order dated December 22, 2021 (Docket No. 45), directing the submission of a joint status letter regarding the above-captioned case, which is currently stayed through January 31, 2022.

Since the Court's last order, the Government has continued its discussions with the Clerk's Office regarding electronic filing of sealed applications and orders. In particular, the Clerk's Office has shared with the Government certain templates to be used in the pilot project, and the Government has provided input on those items. The Clerk's Office presently intends to make a presentation to the Government and the Reporters Committee within approximately 60 days, in order to preview its pilot project plan and system for electronic filing, and to receive comments from the parties. The parties expect to be able to update the Court by April 30, 2022, regarding the initial rollout of the new electronic filing system.

Accordingly, the parties respectfully request that the stay in this case be extended until April 30, 2022. The parties will provide a further status update to the Court on or before April 30, 2022, to advise the Court of any developments and/or to seek additional time to continue our discussions and to develop, in coordination with the Clerk's Office, any recommended procedures to resolve the pending litigation.

Respectfully submitted,

*/s/ Katie Townsend*

Katie Townsend
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
202.795.9300

*Counsel for the Reporters Committee*

DAMIAN WILLIAMS
United States Attorney

By: */s/ Janis Echenberg*

Janis Echenberg, AUSA
Jarrod L. Schaeffer, AUSA
U.S. ATTORNEY'S OFFICE FOR THE
SOUTHERN DISTRICT OF NEW YORK
One St. Andrew's Plaza
New York, NY 10007
212.637.2597
212.637.2270

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 46.

Dated:   January 31, 2022
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE