**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300 • www.rcfp.org
Bruce D. Brown, Executive Director
bbrown@rcfp.org • (202) 795-9301

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER
**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
LYNETTE CLEMETSON
*University of Michigan*
MANNY GARCIA
*Austin American-Statesman*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
GAIL GOVE
*NBCUniversal*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
JEREMY JOJOLA
*9NEWS Colorado*
KAREN KAISER
*Associated Press*
KIMBRIELL KELLY
*The Los Angeles Times*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*New York, New York*
THOMAS C. RUBIN
*Stanford Law School*
BRUCE W. SANFORD
*BakerHostetler, ret.*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
MATT THOMPSON
*The New York Times*
VICKIE WALTON-JAMES
*NPR*
SUSAN ZIRINSKY
*CBS News*

**HONORARY LEADERSHIP COUNCIL**
J. SCOTT APPLEWHITE, *Associated Press*
CHIP BOK, *Creators Syndicate*
DAHLIA LITHWICK, *Slate*
TONY MAURO, *American Lawyer Media, ret*
JANE MAYER, *The New Yorker*
ANDREA MITCHELL, *NBC News*
CAROL ROSENBERG, *The New York Times*
PAUL STEIGER, *ProPublica*
SAUNDRA TORRY, *Freelance*
JUDY WOODRUFF, *PBS/The NewsHour*

*Affiliations appear only for purposes of identification.*

April 27, 2023

Honorable Judge Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

Re:   *Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents (18-mc-0320 (KPF))*

Dear Judge Failla:

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("Government") write in response to the Court's order dated January 31, 2023 (Docket No. 55), directing the submission of a joint status letter regarding the above-captioned case, which is currently stayed through April 28, 2023.

As previously reported, in March 2022, the Clerk's Office made a presentation to the Government and the Reporters Committee to preview its planned pilot system for electronic filing, and to receive comments from the parties.  The parties had the opportunity to ask questions, and neither had any significant concerns with the proposed system.  The Clerk's Office continues to work internally on project development and procedures for the rollout.

Based on conversations with the Clerk's Office, the parties understand that, although the Clerk's Office had anticipated being able to begin using the pilot system during the first quarter of this year, they now anticipate launching the pilot during the summer of 2023.  This will follow further development and testing, which is ongoing, and after the completion of appropriate training of all court personnel and AUSAs.

Accordingly, the parties respectfully request that the stay in this case be extended until July 28, 2023.  The parties will provide a further status update to the Court on or before July 28, 2023, to advise the Court of any developments and/or to seek additional time to continue our discussions.

Respectfully submitted,

*/s/ Katie Townsend*

Katie Townsend
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
202.795.9300

*Counsel for the Reporters Committee*

DAMIAN WILLIAMS
United States Attorney

By: */s/ Janis Echenberg*

Janis Echenberg, AUSA
Jarrod L. Schaeffer, AUSA
U.S. ATTORNEY'S OFFICE FOR THE
SOUTHERN DISTRICT OF NEW YORK
One St. Andrew's Plaza
New York, NY 10007
212.637.2597
212.637.2270