**REPORTERS COMMITTEE**

FOR FREEDOM OF THE PRESS

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300 • www.rcfp.org

Bruce D. Brown, Executive Director
bruce.brown@rcfp.org

**STEERING COMMITTEE CHAIR**
STEPHEN J. ADLER

**VICE CHAIR**
MARGARET LOW
WBUR

**SECRETARY-TREASURER**
MASSIMO CALABRESI
TIME

**EXECUTIVE COMMITTEE MEMBERS**
DAVID BOARDMAN
Temple University
MANNY GARCIA
Austin American-Statesman
GAIL GOVE
NBCUniversal
LAURA HANDMAN
Davis Wright Tremaine
NORMAN PEARLSTINE
THOMAS C. RUBIN
OpenAI

**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
CNN
THEODORE J. BOUTROUS, JR.
Gibson, Dunn & Crutcher LLP
SEWELL CHAN
The Texas Tribune
LYNETTE CLEMETSON
University of Michigan
NIKHIL DEOGUN
Brunswick Group
EMILIO GARCIA-RUIZ
The San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
SUSAN GOLDBERG
GBH
JAMES GRIMALDI
The Wall Street Journal
DIEGO IBARGÜEN
Hearst
JEREMY JOJOLA
9NEWS Colorado
KAREN KAISER
The Associated Press
KIMBRIELL KELLY
Los Angeles Times
DAVID LAUTER
Los Angeles Times
COLLEEN MCCAIN NELSON
The McClatchy Company
JAMES NEFF
Philadelphia Inquirer
BRUCE W. SANFORD
BakerHostetler, Ret.
CHARLIE SAVAGE
The New York Times
JENNIFER SONDAG
Bloomberg News
NABIHA SYED
The Markup
ADAM SYMSON
The E.W. Scripps Company
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR
SUSAN ZIRINSKY
CBS News

*Affiliations appear only for purposes of identification.*

October 30, 2023

Honorable Judge Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

Re:   *Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Applications and Related Judicial Documents (18-mc-0320 (KPF))*

Dear Judge Failla:

Petitioner Reporters Committee for Freedom of the Press ("Reporters Committee") and the U.S. Attorney's Office for the Southern District of New York ("Government") write in response to the Court's order dated July 31, 2023 (Docket No. 59), directing the submission of a joint status letter regarding the above-captioned case, which is currently stayed through October 30, 2023.

As previously reported, the Clerk's Office implemented and began using a pilot system for electronic filing on July 24, 2023.  The Clerk's Office and the parties continue to evaluate the operation of that system and consider any appropriate modifications or next steps.

Accordingly, the parties respectfully request that the stay in this case be extended until January 26, 2024.  The parties will provide a further status update to the Court on or before that date to advise the Court of any developments, and/or to seek additional time to continue our discussions.

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
202.795.9300

*Counsel for the Reporters Committee*

DAMIAN WILLIAMS
United States Attorney

By:                        */s/ Jarrod L. Schaeffer*
                          Jarrod L. Schaeffer, AUSA
                          Alison Moe, AUSA
                          U.S. ATTORNEY'S OFFICE FOR THE
                          SOUTHERN DISTRICT OF NEW YORK
                          One St. Andrew's Plaza
                          New York, NY 10007
                          212.637.2597
                          212.637.2270